ACCEPTED
03-15-00008-CV
6283400
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 7:03:55 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00008-CV

| | | |
|---|---|---|
| PAUL D. SIMMONS, | ) | IN THE COURT OF APPEALS FOR |
| Appellant | ) | |
| | ) | |
| v. | ) | THE THIRD DISTRICT |
| | ) | |
| TERESA A. SIMMONS, | ) | |
| Appellee | ) | OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 7:03:55 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW KIRK HAWKINS, Attorney for Appellee, and files this Motion For Leave to Withdraw and Substitution of Counsel, and as grounds therefore would show the Court the following:

### I. Parties

Appellant is Paul D. Simmons. Appellee is Teresa A. Simmons.

### II. Nature of Motion

The nature and purpose of this motion is to replace trial counsel for Appellee with appellate counsel for Appellee.

### III. Motion for Leave and for Substitution

Appellee, who resides at 18155 Nicks Drive, Spring Hill, Florida 34610, telephone number 405-812-3567, no longer desires the services of KIRK HAWKINS, trial counsel, and respectfully requests that the Court grant leave to allow this attorney

to withdraw and to substitute as appellate counsel GARRETT C. HIGLEY, Law Office of Garrett C. Higley, PLLC, 508 W. 12th Street, Austin, Texas 78701, (512) 514-1940, Fax No. (512) 391-0028, State Bar Number 24046074, email garrett@higleyfamilylaw.com, and ROBERT B. LUTHER, Law Offices of Robert B. Luther, P.C., 1800 Rio Grande, Austin, Texas 78701, (512) 477-2323, Fax No. (512) 478-1824, State Bar Number 12704000, email rbluther@luthlaw.com, as attorneys of record in this cause for Appellee.

*IV. Service Upon Party*

Appellee has received a copy of this Motion to Withdraw and Substitution of Counsel by delivering same to Appellee by certified mail and first-class mail, postage prepaid, to the address stated in paragraph *III.* above.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney prays this Honorable Court release him as attorney of record for Appellee, and that the Court place GARRETT C. HIGLEY and ROBERT B. LUTHER as attorneys of record for Appellee.

Respectfully submitted,

*(signature)* w/ permission

*(signature)* Garrett C. Higley
24046074

KIRK HAWKINS
P.O. BOX 3645
SAN ANGELO, TEXAS 76902
325-658-5585
STATE BAR NO. 09250400
E-Mail: kirkhawkinslaw@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 28th day of July, 2015, Mr. Hawkins communicated by email with a representative for Melvin Gray, Attorney for Appellant, who stated that Mr. Gray had no objection to this Motion for Leave to Withdraw and Substitution of Counsel, and I also communicated with the office of Attorney for Appellant, who stated that there was no objection to the motion or a subsequent request for extension, if necessary.

Robert B. Luther   w/ permission

Garrett C. Higley   24046074

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been delivered this __29TH__ day of July, 2015, to the following, by first class mail and by certified mail, return receipt requested, and to Appellee:

Mr. Melvin Gray
Attorney at Law
206 West College
San Angelo, Texas 76903

Garrett C. Higley